[No. 1597–3.   Division Three.   April 11, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST LEE RUFF, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3829, B. J. McLean, J., entered May 20, 1975. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 3268–1.   Division One.   April 11, 1977.]

WALLACE F. HALL, ET AL, *Appellants,* v. KIRKLAND HILLTOP APARTMENT CO., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 749581, Robert M. Elston, J., entered August 16, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Swanson, J.

[No. 3282–1.   Division One.   April 11, 1977.]

PRESTON W. SPATES, ET AL, *Respondents,* v. CHARLES RATLIFF, JR., *as Administrator,* ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 762343, Robert E. Dixon, J. Pro Tem., entered August 28, 1974. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Andersen, JJ.